# Third District Court of Appeal

## State of Florida

Opinion filed July 1, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0135
Lower Tribunal No. F98-32503

————————————

**Xavier Braggs,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Clayton R. Kaeiser, for appellant.

James Uthmeier, Attorney General, and Haccord J. Curry and David Llanes, Assistant Attorneys General, for appellee.

Before GORDO, BOKOR, and GOODEN, JJ.

PER CURIAM.

Xavier Braggs appeals the trial court's summary denial of a motion to correct illegal sentence pursuant to Fla. R. Crim. P. 3.800(a) and 3.850(b)(2). Braggs concedes, and we agree, that after filing the appeal the Florida Supreme Court issued an opinion foreclosing this appeal. See Maye v. State, 51 Fla. L. Weekly S116 (Fla. May 14, 2026). Bound by precedent, we affirm.

Affirmed.